In the Matter of the Application of THE MINNESOTA PHONOGRAPH COMPANY, Appellant, for an Order Directing JOHN C. TOMLINSON et al., as Attorneys, Respondents, to Pay over Certain Moneys.

*Matter of Minnesota Phonograph Co.* v. *Tomlinson*, 148 App. Div. 56, affirmed.

(Submitted June 12, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1911, which reversed an order of Special Term appointing a referee to take proof and report in a summary proceeding to compel the payment of money by attorneys.

*Carroll Sprigg* and *William K. Hall* for appellant.

*F. S. Bangs* for respondents.

Order affirmed, with costs, on opinion of MCLAUGHLIN, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH J. McKENNA, Appellant.

(Argued June 15, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered October 31, 1912, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Otto A. Glasberg, Albert H. Vitale* and *Julius C. Feder* for appellant.

*Charles S. Whitman*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.